**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Maluhia Development Group, LLC**            Case No.  **10-30475**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jen-Hsun and Lori Huang<br>24905 LaLuma Court<br>Los Altos Hills, CA 94022 | | Claim for Damages | *Disputed* | **$9,644,473.79** |
| Cohen, Seglias, Pallas, Greenhall<br>  & Furman, P.C.<br>P.O. Box 59449<br>Philadelphia, PA 19102 | | Legal Fees | *Disputed* | **$754,255.88** |
| Maui Builders, Inc.<br>2463 S. Kihei Road, #C16-218<br>Kihei, HI 96753 | | Construction | *Disputed* | **$410,957.37** |
| Group 70 International<br>925 Bethel Street, 5th Floor<br>Honolulu, HI 96813 | | Architectual/Consulting | *Disputed* | **$252,794.57** |
| Green Thumb Incorporated<br>3363 Campbell Avenue<br>Honolulu, HI 96815 | | Landscaping | | **$81,028.26** |
| Coldwell Banker Island Property<br>2463 S. Kihei Road<br>Kihei, HI 96753 | | Broker Commission | | **$60,000.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: **Maluhia Development Group, LLC**     Case No. **10-30475**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Spire Consulting Group<br>111 Cagnes Avenue, Suite 400<br>Austin, TX 78701 | | Consulting | *Disputed* | $59,324.63 |
| McCorriston Miller Mukai LLP<br>5 Waterfront Plaza, 4th Floor<br>Honolulu, HI 96813 | | Legal Fees | *Disputed* | $36,441.95 |
| MTC, Inc.<br>23 Mauds Plaza<br>Kula, HI 96790 | | Cabinets | *Disputed* | $29,218.14 |
| Pacific Aquascapes, Inc.<br>17520 Newhope Street<br>Fountain Valley, CA 92708 | | Pool Construction | | $24,433.09 |
| A-American Self-Storage<br>115 Lipoa Street<br>Kihei, HI 96753 | | Storage | | $19,769.34 |
| Walters, Kimura, Motoda, Inc.<br>1148 Third Avenue<br>Honolulu, HI 96816 | | Landscape Architecture | | $18,973.15 |
| Zieman, Speegle, Jackson<br>  & Hoffman, L.L.C.<br>5 Dauphin Street, Suite 301<br>Mobile, AL 36601 | | Legal Fees | | $18,624.56 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Maluhia Development Group, LLC**  Case No. **10-30475**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pearson Management Group, Inc.<br>7145 Halcyon Summit Drive<br>Montgomery, Al 36117 | | Consulting | | **$14,472.52** |
| Ralph Rosenberg<br>1001 Bishop Street, Suite 2460<br>Honolulu, HI 96813 | | Legal Fees | | **$13,947.65** |
| Dispute Prevention & Resolution<br>1155 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 | | Legal Fees | | **$10,000.00** |
| Herbert Chock & Associates, Inc.<br>745 Fort Street, Suite 708<br>Honolulu, HI 96813 | | Consulting | | **$4,397.90** |
| Diane Hickey<br>1515 Malukai Lane<br>Wailea, HI 96753 | | Construction | | **$4,000.00** |
| Kiefer & Merchant LLC<br>444 Hana Highway, Suite 204<br>Kahulu, HI 96732 | | Legal Fees | | **$3,669.75** |
| Alston Hunt Floyd & Ing<br>1001 Bishop Street, 18th Floor<br>Honolulu, HI 96813 | | Legal Fees | | **$3,455.50** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Maluhia Development Group, LLC**                                  Case No.  **10-30475**

                                                                            Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**See attached Exhibit "A"**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **01/25/2010**                           Signature:  **/s/ Robert W. Harte, Manager**
                                                           *Robert W. Harte, Manager*
                                                           **See attached Exhibit "A"**