B6A (Official Form 6A) (12/07)

In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Total: **$0.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Maluhia Development Group, LLC**  Case No. **10-30475**
                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture, Furnishings and Equipment held for purchaser of House 10 - see attached Exhibit "A" | $660,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

In re **Maluhia Development Group, LLC**        Case No. **10-30475**
                                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Payment due from Purchaser of House 10 - Jen-Hsun and Lori Huang<br>24905 LaLuma Court<br>Los Altos, CA 94022 | $1,170,000.00 |
| | | PRM Realty Group, LLC | $6,450,027.10 |
| | | M-35, LLC | $313,212.20 |
| | | Maluhia Properties, LLC | $56,725.02 |
| | | PRM Caribbean, LLC | $608.57 |
| | | Peter Morris | $128,393.33 |

In re **Maluhia Development Group, LLC**　　　　　　　　　　Case No. **10-30475**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | PRM Smith Bay, LLC | $429.10 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Disputed claim of payment due from Purchaser of House 10 currently in litigation - Maluhia Development Group, LLC, et al v. Jen-Hsun Huang and Lori Huang; Arbitration No. 06-0331-A | $4,785,027.00 |
| | | Construction Dispute - Maluhia Development Group, LLC v. Maui Builders, Inc. and John Bews; Case No. 08-1-0226 | $1,170,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Maluhia Development Group, LLC**　　　　　　　　Case No. **10-30475**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Maluhia Development Group, LLC**        Case No. **10-30475**
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached     **Total >**     **$14,734,422.32**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Maluhia Development Group, LLC**     Case No. **10-30475**
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

B6D (Official Form 6D) (12/07)

In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Puritan Finance Corporation**<br>**55 West Monroe Street**<br>**Chicago, IL 60606** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Collateral Assignment of Mortgage**<br>COLLATERAL:<br>**Assignment of Mortgage on Lot 10**<br>REMARKS:<br><br>VALUE: $7,500,000.00 | | | | $1,418,352.55 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | $1,418,352.55 | $0.00 |
| | | Total (Use only on last page) > | | | | $1,418,352.55 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Maluhia Development Group, LLC**                       Case No.   **10-30475**
                                                                                       (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Maluhia Development Group, LLC**    Case No. **10-30475**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A-American Self-Storage**<br>**115 Lipoa Street**<br>**Kihei, HI 96753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | | $19,769.34 |
| ACCT #:<br>**Alston Hunt Floyd & Ing**<br>**1001 Bishop Street, 18th Floor**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $3,455.50 |
| ACCT #:<br>**Atkinson-Baker**<br>**500 N. Brand Boulevard, 3rd Floor**<br>**Glendale, CA 91203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $192.28 |
| ACCT #:<br>**Chrysler Financial**<br>**Business Vehicle Finance**<br>**P.O. Box 9001888**<br>**Louisville, KY 40290-1888** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | | $2,132.88 |
| ACCT #:<br>**Cohen, Seglias, Pallas, Greenhall**<br>**  & Furman, P.C.**<br>**P.O. Box 59449**<br>**Philadelphia, PA 19102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | $754,255.88 |
| ACCT #:<br>**Coldwell Banker Island Property**<br>**2463 S. Kihei Road**<br>**Kihei, HI 96753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Broker Commission**<br>REMARKS: | | | | $60,000.00 |

Subtotal > $839,805.88

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____5_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **Maluhia Development Group, LLC**      Case No. **10-30475**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Department of Water Supply**<br>**County of Maui**<br>**200 South High Street**<br>**Wailuki, HI 96793** | | DATE INCURRED:<br>CONSIDERATION:<br>**Water Supply**<br>REMARKS: | | | | $221.20 |
| ACCT #:<br>**Diane Hickey**<br>**1515 Malukai Lane**<br>**Wailea, HI 96753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Construction**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:<br>**Dispute Prevention & Resolution**<br>**1155 Pauahi Tower**<br>**1001 Bishop Street**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Green Thumb Incorporated**<br>**3363 Campbell Avenue**<br>**Honolulu, HI 96815** | | DATE INCURRED:<br>CONSIDERATION:<br>**Landscaping**<br>REMARKS: | | | | $81,028.26 |
| ACCT #:<br>**Group 70 International**<br>**925 Bethel Street, 5th Floor**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Architectual/Consulting**<br>REMARKS: | | | X | $252,794.57 |
| ACCT #:<br>**Harry A. Cannon**<br>**1396 California St.**<br>**San Francisco, A 94109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Reporting**<br>REMARKS: | | | | $2,467.37 |

Sheet no. __1__ of __5__ continuation sheets attached to     **Subtotal >**     **$350,511.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hawaii Registered Legal Agent**<br>**5 Waterfront Plaza**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Registered Agent**<br>REMARKS: | | | | $261.78 |
| ACCT #:<br>**Herbert Chock & Associates, Inc.**<br>**745 Fort Street, Suite 708**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting**<br>REMARKS: | | | | $4,397.90 |
| ACCT #:<br>**Honblue, Inc.**<br>**501 Summer Street, #3B1**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Printing**<br>REMARKS: | | | | $18.01 |
| ACCT #:<br>**Island Design**<br>**4929 Hana Highway**<br>**Haiku, HI 96708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cabinets**<br>REMARKS: | | | | $603.00 |
| ACCT #:<br>**Island Movers, Inc.**<br>**P.O. Box 17865**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Moving Services**<br>REMARKS: | | | | $3,260.90 |
| ACCT #:<br>**Jen-Hsun and Lori Huang**<br>**24905 LaLuma Court**<br>**Los Altos Hills, CA 94022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Claim for Damages**<br>REMARKS: | | | X | $9,644,473.79 |

Sheet no. __2__ of __5__ continuation sheets attached to  Subtotal >  **$9,653,015.38**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kiefer & Merchant LLC**<br>**444 Hana Highway, Suite 204**<br>**Kahulu, HI 96732** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $3,669.75 |
| ACCT #:<br>**Maluhia Apartment 10, LLC**<br>**150 N. Wacker Dr., SUite 1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $3,511,000.00 |
| ACCT #:<br>**Maluhia Apartment 12, LLC**<br>**150 N. Wacker Dr., Suite 1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $272,399.96 |
| ACCT #:<br>**Marks Paneth & Schron**<br>**622 Third Avenue, 7th Floor**<br>**New York, NY 10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Fees**<br>REMARKS: | | | | $1,900.00 |
| ACCT #:<br>**Maui Builders, Inc.**<br>**2463 S. Kihei Road, #C16-218**<br>**Kihei, HI 96753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Construction**<br>REMARKS: | | | X | $410,957.37 |
| ACCT #:<br>**McCorriston Miller Mukai LLP**<br>**5 Waterfront Plaza, 4th Floor**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | Unknown |

Sheet no. **3** of **5** continuation sheets attached to  Subtotal >  **$4,199,927.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Maluhia Development Group, LLC**       Case No. **10-30475**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MTC, Inc.**<br>23 Mauds Plaza<br>Kula, HI 96790 | | DATE INCURRED:<br>CONSIDERATION:<br>**Cabinets**<br>REMARKS: | | | X | $29,218.14 |
| ACCT #:<br>**Pacific Aquascapes, Inc.**<br>17520 Newhope Street<br>Fountain Valley, CA 92708 | | DATE INCURRED:<br>CONSIDERATION:<br>**Pool Construction**<br>REMARKS: | | | | $24,433.09 |
| ACCT #:<br>**Pacific Audio & Communication**<br>3300 Ohukai Road, Bldg.-1, Suite 116<br>Kihei, HI 96753 | | DATE INCURRED:<br>CONSIDERATION:<br>**Construction**<br>REMARKS: | | | | $2,525.21 |
| ACCT #:<br>**Pearson Management Group, Inc.**<br>7145 Halcyon Summit Drive<br>Montgomery, AL 36117 | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting**<br>REMARKS: | | | | $14,472.52 |
| ACCT #:<br>**Plante & Moran**<br>225 West Washington Avenue, Suite 400<br>Chicago, IL 60606 | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Fees**<br>REMARKS: | | | | $857.00 |
| ACCT #:<br>**Ralph Rosenberg**<br>1001 Bishop Street, Suite 2460<br>Honolulu, HI 96813 | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $13,947.65 |

Sheet no. **4** of **5** continuation sheets attached to      Subtotal >    **$85,453.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Maluhia Development Group, LLC**                     Case No. **10-30475**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Spire Consulting Group**<br>**111 Cagnes Avenue, Suite 400**<br>**Austin, TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting**<br>REMARKS: | | | X | $59,324.63 |
| ACCT #:<br>**Walters, Kimura, Motoda, Inc.**<br>**1148 Third Avenue**<br>**Honolulu, HI 96816** | | DATE INCURRED:<br>CONSIDERATION:<br>**Landscape Architecture**<br>REMARKS: | | | | $18,973.15 |
| ACCT #:<br>**Zieman, Speegle, Jackson**<br>**  & Hoffman, L.L.C.**<br>**5 Dauphin Street, Suite 301**<br>**Mobile, AL 36601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $18,624.56 |

Sheet no. __5__ of __5__ continuation sheets attached to         **Subtotal >**   $96,922.34
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                            **Total >**   $15,225,635.69
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Maluhia Development Group, LLC**  Case No. **10-30475**
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Peter R. Morris**<br>c/o PRM Realty Group, LLC<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606 | **Puritan Finance Corporation**<br>55 West Monroe Street<br>Chicago, IL 60606 |
| **Robert W. Harte**<br>5337 Meadow Lane<br>Downers Grove, IL 60515 | **Puritan Finance Corporation**<br>55 West Monroe Street<br>Chicago, IL 60606 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re **Maluhia Development Group, LLC**  Case No. **10-30475**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $14,734,422.32 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $1,418,352.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $15,225,635.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $14,734,422.32 | $16,643,988.24 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **Maluhia Development Group, LLC**                           Case No.  **10-30475**
                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***See attached Exhibit "A"***_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **02/26/2010**          Signature  **/s/ Robert W. Harte, Manager**
                                        ***Robert W. Harte, Manager***
                                        ***See attached Exhibit "A"***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.