Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**PROPOSED COUNSEL FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 10-30475-BJH-11** |
| **MALUHIA DEVELOPMENT** | § | |
| **GROUP, LLC,** | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED that a hearing on the *Application of Debtor-in-Possession for an*

*Order Authorizing the Employment of Pronske & Patel, P.C. as Counsel for the Debtor* [Docket

No. 31] will be held before the Honorable Barbara J. Houser, United States Bankruptcy Judge,

United States Courthouse, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor,

Courtroom #2, Dallas, Texas at **May 27, 2010 at 1:15 p.m.**

Of this Notice take due regard**.**

**NOTICE OF HEARING –Page 1 of 2**

Dated:  May 3, 2010.                          Respectfully submitted,


                                              By: /s/ Melanie P. Goolsby
                                              Gerrit M. Pronske
                                              Texas Bar No. 16351640
                                              Rakhee V. Patel
                                              State Bar No. 00797213
                                              Melanie P. Goolsby
                                              State Bar No. 24059841
                                              PRONSKE & PATEL, P.C.
                                              2200 Ross Avenue, Suite 5350
                                              Dallas, Texas 75201
                                              Telephone: 214.658.6500
                                              Facsimile: 214.658.6509
                                              Email: gpronske@pronskepatel.com
                                              Email: rpatel@pronskepatel.com
                                              Email: mgoolsby@pronskepatel.com

                                              **PROPOSED COUNSEL FOR THE DEBTOR**


## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that, on May 3, 2010, I caused to be served the
foregoing pleading upon the parties on the Master Service List attached hereto via the Court's
electronic transmission facilities and/or United States mail, first class delivery.


                                              /s/ Melanie P. Goolsby
                                              Melanie P. Goolsby

**MALUHIA DEVELOPMENT GROUP, LLC**
**Case No. 10-30475-BJH-11**

**Debtor**:

Maluhia Development Group, LLC
dba MDG
c/o PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661

**Debtor's Counsel:**

Gerrit M. Pronske
Rakhee V. Patel
Christina W. Stephenson
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas  75201
Tel:  (214) 658-6500
Fax:  (214) 658-6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskpatel.com

**Governmental Agencies:**

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 91114

United States Trustee's Office
**Served via ECF at**
**ustpregion06.da.ecf@usdoj.gov**
**albert.loftus@usdoj.gov**

**Secured Creditors**:

Melissa S. Hayward
Franklin Skierski Lovall
  Hayward LLP
Counsel for Puritan Finance Corporation
Trustee's Office
**Served via ECF at**
**MHayward@FSLHlaw.com**

**Twenty Largest:**

Christopher J. Muzzi
Moseley Biehl Tsugawa
  Lau & Muzzi, LLLC
Counsel for Jen-Hsun and Lori Huang
**Served via ECF at**
**cmuzzi@hilaw.us**

Joseph F. Postnikoff
Goodrich Postnikoff & Albertson LLP
Counsel for Cohen, Seglias, Pallas,
  Greenhall & Furman, P.C.
**Served via ECF at**
**jpostnikoff@gpalaw.com**
**bknotices@gpalaw.com**

Steven D. Usdin
Nella M. Bloom
Cohen, Seglias, Pallas, Greenhall
  & Furman, P.C.
30 South 17th Street, 19th Floor
Philadelphia, PA 19103

Maui Builders, Inc.
2463 S. Kihei Road, #C16-218
Kihei, HI 96753

Group 70 International
925 Bethel Street, 5th Floor
Honolulu, HI 96813

Green Thumb Incorporated
3363 Campbell Avenue
Honolulu, HI 96815

Coldwell Banker Island Property
2463 S. Kihei Road
Kihei, HI 96753

Spire Consulting Group
111 Cagnes Avenue, Suite 400
Austin, TX 78701

McCorriston Miller Mukai LLP
5 Waterfront Plaza, 4th Floor
Honolulu, HI 96813

MTC, Inc.
23 Mauds Plaza
Kula, HI 96790

Pacific Aquascapes, Inc.
17520 Newhope Street
Fountain Valley, CA 92708

A-America Self-Storage
115 Lipoa Street
Kihei, HI 96753

Walters, Kimura, Motoda, Inc.
1148 Third Avenue
Honolulu, HI 96816

Zieman, Speegle, Jackson
  & Hoffman, LLC
5 Dauphin Street, Suite 301
Mobile, AL 36601

Pearson Management Group, Inc,
7145 Halcyon Summit Drive
Montgomery, AL 36117

Ralph Rosenberg
1001 Bishop Street, Suite 2460
Honolulu, HI 96813

Dispute Prevention & Resolution
1155 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Herbert Chock & Associates, Inc.
745 Fort Street, Suite 708
Honolulu, HI 96813

Diane Hickey
1515 Malukai Lane
Wailea, HI 96753

Kiefer & Merchant LLC
444 Hana Highway, Suite 204
Kahulu, HI 96732

Island Movers, Inc.
P.O. Box 17865
Honolulu, HI 96817

Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor
Honolulu, HI 96813

**Notices of Appearance:**

Robert Harte
5337 Meadow Lane
Downers Grove, IL 60515

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
Counsel for Dallas County
**Served via ECF at
dallas.bankruptcy@publicans.com**

Paul D. Moak
Hugh M. Ray, III
McKool Smith P.C.
600 Travis, Suite 7000
Houston, TX 77002